**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JESUS MENDEZ REYES,               )<br>                                   )<br>            Plaintiff,             )<br>                                   )<br>       v.                          )<br>                                   )<br>ANDREW M. SAUL,                    )<br>Commissioner of Social             )<br>Security,                          )<br>                                   )<br>            Defendant.             )<br>                                   )<br>_____) | Case No. CV 18-7748 AS<br><br><br><br>**JUDGMENT** |

IT IS HEREBY ADJUDGED that the decision of the Commissioner of the Social Security Administration is reversed in part and the matter is remanded for further administrative action consistent with the Opinion filed concurrently herewith.

DATED: September 17, 2019

                                    _____/s/_____
                                    ALKA SAGAR
                             UNITED STATES MAGISTRATE JUDGE